Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5292 | **DATE** | 8/5/2010 |
| **CASE TITLE** | JUAN CASTANEDA, et al. vs. SHERIFF TOM DART | | |

**DOCKET ENTRY TEXT**

Ronak Patel, Gregory E. Kulis, David Lipschultz, and Shehnaz Mansuri of Gregory E. Kulis & Associates are granted leave to withdraw their appearances on behalf Plaintiffs Mauro Calle and Adolfo Guzman.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|